# Court of Appeals of the State of Georgia

ATLANTA, __October 31, 2023__

*The Court of Appeals hereby passes the following order:*

**A24A0387. EMMANUEL JUANEZ v. THE STATE.**

Emmanuel Juanez was charged by accusation with aggravated assault. Juanez filed a "motion for immunity," which the trial court denied on August 9, 2023. On August 10, Juanez filed a notice of appeal. We, however, lack jurisdiction.

Because Juanez's case is still pending below, to obtain review of the trial court's September 9 order, he was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review from the trial court. See *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Juanez's failure to follow the appropriate appellate procedure deprives this Court of jurisdiction over his appeal. See id. For this reason, Juanez's appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__10/31/2023__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_____, Clerk.